THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OTIS DAVIS, Defendant-Appellant.

(No. 58199; )

First District (2nd Division)—June 25, 1974.

202

Opinion by Mr. JUSTICE STAMOS.

HAYES, P. J., specially concurring.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.